No. 307. SACHER *v.* ASSOCIATION OF THE BAR OF THE CITY OF NEW YORK ET AL. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit granted limited to the following question:

"Accepting the facts as found in the memorandum decision of Chief Judge Hincks, does permanent disbarment

exceed the bounds of fair discretion, particularly in view of the punishment of petitioner's individual misconduct as a contempt and the finding that the proof does not establish that he so behaved pursuant to a conspiracy or a deliberate and concerted effort?"

MR. JUSTICE CLARK took no part in the consideration or decision of·this application.

*Telford Taylor* for petitioner. *William C. Scott* for respondents.